

**FILED**

**VERDICT FORM**

FEB 25 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

**Question No. 1**

Was Plaintiff sexually harassed?

Answer "Yes" or "No." _____NO_____

If you answered "Yes" to Question No. 1, then answer the following Questions: If you answer "No" to Question No. 1, then go to Question No. 4.

**Question No. 2**

Did Defendant know, or in the exercise of reasonable care should Defendant have known, that Plaintiff was being sexually harassed?

Answer "Yes" or "No." _____

**Question No. 3**

Did Defendant fail to take prompt remedial action?

Answer "Yes" or "No." _____

**Question No. 4**

Did Defendant take an adverse employment action against Plaintiff because Plaintiff engaged in a protected activity?

Answer "Yes" or "No." _____NO_____

**Question No. 5**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff? Answer in dollars and cents for the following items and none other:

Back pay for any wages lost (from Plaintiff's transfer to the Stone Oak facility on April 25, 2012 until July 1, 2012):
$0.00

Past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life from November 3, 2011 through October, 2013:
$0.00

14

**Question No. 6**

Based on the evidence presented, do you find that Plaintiff should be awarded punitive damages as a result of the alleged sexual harassment or retaliation?

Answer "Yes" or "No." ___NO___

*If you answered "Yes" to Question No. 6, then answer the following Question:*

**Question No. 7**

What sum of money should be assessed against Defendant as punitive damages?

Answer in dollars and cents: _____

2/25/14
DATE

~~[signature redacted]~~
FOREPERSON