IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEPHANIE SANDERS, R.N. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. SA-13-CV-250-XR |
| | § | |
| CHRISTUS SANTA ROSA PASC, | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

Plaintiff's Title VII sexual harassment and retaliation claims were tried to a jury between February 18, 2014 and February 25, 2014. The jury found in favor of Defendant that no sexual harassment had occurred. Accordingly, it is ORDERED and ADJUDGED that:

Plaintiff shall take nothing on her claims. Defendant is awarded costs of court and shall file a Bill of Costs in accordance with the local rules.

SIGNED this 25th day of February, 2014.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1