IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STEPHANIE SANDERS, R.N.,<br><br>*Plaintiff,*<br><br>v.<br><br>CHRISTUS SANTA ROSA PASC,<br>*Defendant*. | §<br>§<br>§<br>§<br>§  Civil Action No.  SA-13-CV-250-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

**AMENDED JUDGMENT**

Plaintiff's Title VII sexual harassment and retaliation claims were tried to a jury between February 18, 2014 and February 25, 2014.  The jury found in favor of Defendant that no sexual harassment or retaliation had occurred.  Accordingly, it is ORDERED and ADJUDGED that:

Plaintiff shall take nothing on her claims.  Defendant is awarded costs of court and shall file a Bill of Costs in accordance with the local rules.

SIGNED this 27th day of February, 2014.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE